IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| STAN and RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | 2:17-cv-0057-BU-BMM |
| Plaintiffs, | ) ) ) | ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE AND MOTION |
| vs. | ) ) | HEARING AND RESETTING PRELIMINARY PRETRIAL |
| SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOES 1-X, | ) ) ) ) | CONFERENCE AND MOTION HEARING |
| Defendants. | ) | |

Pursuant to defendants' unopposed motion to vacate and continue preliminary pretrial conference and hearing,

IT IS HEREBY ORDERED that the preliminary pretrial conference and hearing on defendants' motion to dismiss presently scheduled for October 4, 2017 is **VACATED. IT IS ALSO ORDERED** that the preliminary pretrial conference and hearing on the motion to dismiss will be held on Thursday, October 12, 2017 at 1:30

p.m. before the undersigned.  All remaining deadlines scheduled in the September 5, 2017 Order remain in effect.

Dated this 19th day of September, 2017.


_____
Brian Morris
United States District Court Judge