# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STAN and RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOESI-X,<br><br>Defendants. | CV-17-57-BU-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing Joshua L. Fuchs, Esq. and Nicole M. Perry, Esq. to appear *pro hac vice* in this case with William J. Mattix of Crowley Fleck PLLP, Billings, Montana, designated as local counsel. The applications of Mr. Fuchs and Ms. Perry appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants' motions to allow Mr. Fuchs and Ms. Perry to appear on their behalf (Docs. 7 and 8) are **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Fuchs and Ms. Perry must each do his or her own work. Each must do his or her own writing, sign his or her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Fuchs and Ms. Perry.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 3rd day of October, 2017.

Brian Morris
United States District Court Judge