# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STAN and RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOESI-X,<br><br>Defendants. | CV-17-57-BU-BMM<br><br>**ORDER** |

Defendants have moved for admission of Charlotte H. Taylor (Ms. Taylor) (Doc. 26), to practice before this Court in this case with William J. Mattix, Esq. (Mr. Mattix) to act as local counsel. Ms. Taylor's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Defendants's motion to allow Ms. Taylor to appear on their behalf (Doc. 26) is **GRANTED** on the following conditions:

1. Local counsel, Mr. Mattix, will be designated as lead counsel or as co-lead counsel with Ms. Taylor. Ms. Taylor must do her own work. She must do her own

writing, sign her own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, Mr. Mattix, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Ms. Taylor, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of her admission under the terms set forth above.

3. Admission is personal to Ms. Taylor.

DATED this 10th day of October, 2017.

Brian Morris
United States District Court Judge