# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STAN AND RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated, | CV-17-57-BU-BMM |
| Plaintiffs, | |
| vs. | **ORDER** |
| SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOES I-IX, | |
| Defendant. | |
| and | |
| REACH AIR MEDICAL SERVICES, | |
| Counterclaim and Third-Party Claim-Plaintiff, | |
| v. | |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA and STAN AND RAINY WAGNER, | |
| Counterclaim and Third-Party Claim Defendants. | |

Defendant, Health Care Services (HCS) has moved for an order allowing

Brian Hendricks, Esq., Amir Shlesinger and Martin J. Bishop to appear *pro hac vice*

in this case with Kimberly A. Beatty, of Browning, Kaleczyc, Berry & Hoven, P.C., designated as local counsel. The applications of Mr. Hendricks, Mr. Shlesinger and Mr. Bishop appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motions to allow Mr. Hendricks, Mr. Shlesinger and Mr. Bishop to appear on its behalf (Docs. 42, 43 and and 44) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Hendricks, Mr. Shlesinger and Mr. Bishop must each do his own work. Each must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Hendricks, Mr. Shlesinger and Mr. Bishop.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his or her admission under the terms set forth above.

DATED this 8th day of January, 2018.

_____
Brian Morris
United States District Court Judge