IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STAN AND RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiffs,<br><br> v.<br><br>SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOES I-X,<br>   Defendant.<br><br>REACH AIR MEDICAL SERVICES, LLC.<br><br>   Counterclaim and Third-Party Claim-Plaintiff,<br><br> v.<br><br>HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA and STAN AND RAINY WAGNER,<br><br>   Counterclaim and Third-Party Claim Defendants. | Case No. CV-17-57-BU-BMM<br><br>**ORDER**<br><br>**THIRD PARTY DEFENDANT HEALTH CARE SERVICE CORPORATION'S MOTION FOR CONSENT TO ALLOW CO-COUNSEL TO APPEAR FOR TELEPHONIC SCHEDULING CONFERENCE** |

  Before this Court is Third Party Defendant Health Care Service Corporation ("HCSC") Motion for Consent to Allow Co-Counsel to Appear for Telephonic

1

Scheduling Conference. This Court having considered the Motion and finding good cause,

IT IS HEREBY ORDERED that HCSC's Motion for Consent to Allow Co-Counsel to Appear for Telephonic Scheduling Conference is GRANTED.

Mr. Shlesinger shall appear on behalf of HCSC for the telephonic scheduling conference set for January 31, 2018 and Ms. Beatty's presence shall not be required.

DATED this 30th day of January, 2018

_____
Brian Morris
United States District Court Judge