# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| STAN and RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOESI-X,<br><br>　　　　　　Defendants.<br><br>REACH AIR AMBULANCE SERVICES, LLC,<br><br>Counterclaim and Third-Party Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA AND STAN AND RAINY WAGNER,<br><br>　Counterclaim and Third-Party<br>　Claim Defendants. | CV-17-57-BU-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the Motion to Continue Hearing, Doc. 59,

is **GRANTED**. **IT IS ALSO ORDERED** that the undersigned will conduct a

hearing on **Thursday, March 15, 2018 at 10:30 a.m.** at the Mike Mansfield Federal Courthouse, Butte, Montana.

DATED this 31st day of January, 2018.

_____
Brian Morris
United States District Court Judge