**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| STAN and RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated, | Cause No. CV-17-57-BU-BMM |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED MOTION TO AMEND THE SCHEDULING ORDER** |
| vs. | |
| SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOES I-X, | |
| Defendants. | |
| REACH AIR MEDICAL SERVICES, LLC., | |
| Counterclaim and Third-Party Claim-Plaintiff | |
| vs. | |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA and STAN AND RAINY WAGNER, | |
| Counterclaim and Third-Party Claim Defendants | |

Upon review of the Unopposed Motion to Amend the Scheduling Order submitted by counsel for Plaintiffs Stan and Rainy Wagner, the Court finds that good cause exists to grant the motion.

IT IS HEREBY ORDERED that the Unopposed Motion to Amend the Scheduling Order is GRANTED.

IT IS FURTHER ORDERED that the Court enters the following scheduling order dates for Plaintiffs' motion to certify a class under Fed. R. Civ. P. 23(b)(2) and/or 3:

| November 1, 2018 | Amendment of Pleadings and Joinder of Parties |
|---|---|
| November 19, 2018 | Plaintiffs' Disclosure of Experts Regarding Class Certification |
| December 3, 2018 | Defendants' Disclosure of Experts Regarding Class Certification |
| December 28, 2018 | Deadline for completion of discovery. |
| January 21, 2019 | Motion to certify and opening brief due. |
| February 18, 2019 | Defendants' response brief due. |
| _____ | Hearing on motion to certify (location TBD). |

DATED this 1st day of May, 2018.

_____
Brian Morris
United States District Court Judge