IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| REACH AIR MEDICAL SERVICES, LLC, | ) ) ) ) | Case No. 17-57-BU-BMM |
| Counterclaim and Third-Party | ) ) ) ) ) ) | **ORDER GRANTING REQUEST TO EXCUSE THIRD PARTY DEFENDANT HEALTH CARE SERVICE CORPORATION FROM ATTENDING MEDIATION** |
| Claim-Plaintiff, | ) ) | |
| vs. | ) ) | |
| HEALTH CARE SERVICE CORPORATION d/b/a BLUE CROSS AND BLUE SHIELD OF MONTANA and STAN and RAINY WAGNER | ) ) ) ) ) ) ) | |
| Counterclaim and Third-Party Defendants | ) ) | |

Upon review of Third Party Defendant Health Care Service Corporation, a Mutual Legal Reserve Company operating in Montana as Blue Cross and Blue Shield of Montana (hereinafter "BCBSMT") and Defendant and Third Party Plaintiff REACH Air Medical Services, LLC ("REACH")'s Joint Notice of Settlement and Request to Excuse BCBSMT from Attending Mediation (the "Request"), the Court finds that good cause exists to grant the Request.

- 2 -

IT IS HEREBY ORDERED that BCSBMT is excused from attending the mediation scheduled for January 7, 2019.

**IT IS SO ORDERED.**

DATED this 2nd day of January, 2019.

_/s/ Brian Morris_

Brian Morris
United States District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December, 2018, a true copy of the foregoing was served:

Via ECF to the following parties:

Matt J. Kelly
Margaret C. Weamer
Tarlow Stonecipher
Weamer & Kelly, PLLC
1705 West College St.
Bozeman, MT 59715-4913

Travis W. Kinzler
Cok Kinzler, PLLP
35 N. Bozeman Avenue
PO Box 1105
Bozeman, MT 59771-1105

Daniel Buckley
Buckley Law Office, P.C.
125 W. Mendenhall, Suite 201
Bozeman, MT 59715

William J. Mattix
Crowley Fleck PLLP
500 Transwestern Plaza II
490 N. 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103-2529

Joshua L. Fuchs
Nicole M. Perry
Jones Day
717 Texas Street, Suite 3300
Houston, TX 77002-2712

Charlotte H. Taylor
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

　　　　　/s/ *Kimberly A. Beatty*
　　　BROWNING, KALECZYC, BERRY & HOVEN, P.C.