IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | | |
|---|---|---|
| STAN and RAINY WAGNER, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) | Cause No. CV-17-57-BU-BMM |
| Plaintiffs, | ) ) | **ORDER FOR DISMISSAL** |
| vs. | ) ) | |
| SUMMIT AIR AMBULANCE, LLC, REACH AIR MEDICAL SERVICES, LLC, and DOES I-X, | ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' Stipulation for Dismissal,

IT IS HEREBY ORDERED that the claims between Plaintiffs, Stan and

Rainy Wagner, and Defendants are dismissed with prejudice.

DATED this 11th day of February, 2019.


_____

Brian Morris
United States District Court Judge